UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | No. 22 D 12 |
| Jeffrey B. Steinback ) | |
| ) | (Before the Executive Committee) |
| An Attorney ) | |

## **ORDER**

Jeffrey B. Steinback was admitted to practice before the General Bar of this Court on June 9, 1977 and the Trial Bar of this Court on March 22, 1983. On June 6, 2022, the United States District Court for the Northern District of Iowa entered an order that sanctioned Jeffrey B. Steinback by way of a public reprimand, barring Mr. Steinback from the practice of law in the Northern District of Iowa without the express written permission from the Chief Judge of that Court and fining him in the amount of $5000.00.

The Executive Committee entered a Citation ordering Mr. Steinback to respond within fourteen (14) days, pursuant to Rule 83.26(c) of the Local Rules of this Court, stating why the imposition of discipline by this Court, identical to that imposed by the United States District Court for the Northern District of Iowa, would be unwarranted and the reasons therefore.

Mr. Steinback requested extensions of the time to respond, and the Committee granted those extensions, requested on June 28, 2022, July 18, 2022, and August 11, 2022. The last of these orders was conditioned on Mr. Steinback's voluntary commitment to cease any practice before this court pending the resolution of the Citation.

On August 26, 2022, attorneys for Mr. Steinback filed the response to the Citation. The Committee has reviewed this submission, therefore

IT IS THEREFORE ORDERED that Mr. Steinback is suspended from the practice of law in the Northern District of Illinois unless co-counsel, who has filed an appearance on the case, is present and/or signs all pleadings until further order of the court.

IT IS FURTHER ORDERED that the Clerk of the Court shall post this Order on the docket in every pending case which the attorney has filed an attorney appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall cause a copy of this Order to be e-mailed to be e-mailed to Mr. Steinback's attorneys: Adrian Vuckovich (av@cb-law.com) and Kathryne Hayes (khayes@cb-law.com).

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 20th day of September, 2022.